**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
DECEMBER 14, 2021 SESSION

FILED
DEC 14 2021

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:21-cr-00265
     21 U.S.C. § 841(a)(1)
     18 U.S.C. § 2
     18 U.S.C. § 924(c)(1)(A)

TYRONE DOUGLAS AMAR, II
KRYSTLE ELAINE CRESCE

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about November 8, 2021, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendants TYRONE DOUGLAS AMAR, II, and KRYSTLE ELAINE CRESCE aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute quantities of heroin, a Schedule I controlled substance, and quantities of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about November 8, 2021, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant KRYSTLE ELAINE CRESCE knowingly possessed the following firearms; that is,

    a.    a SCCY, Model CPX-2 9mm semi-automatic pistol;

    b.    a Springfield Armory, Model 911, 9mm semi-automatic pistol; and

    c.    a Mossberg, Model 500, 12-guage shotgun,

in furtherance of a drug trafficking crime for which defendant KRYSTLE ELAINE CRESCE may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

WILLIAM S. THOMPSON
United States Attorney

By: _____
L. ALEXANDER HAMNER
Assistant United States Attorney

## NOTICE OF FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon the conviction of an offense in violation of 21 U.S.C. § 841(a)(1) and Title 18, United States Code, Sections 2 and 924(c)(1)(A) the defendants, TYRONE DOUGLAS AMAR, II and KRYSTLE ELAINE CRESCE shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to the following items seized on November 8, 2021:

   a. SCCY, Model CPX-2 9mm semi-automatic pistol, serial number 910374;

   b. Springfield Armory, Model 911, 9mm semi-automatic pistol, serial number CN063370;

   c. Mossberg, Model 500, 12-gauge shotgun, serial number T979543; and

   d. Approximately $3768.00 in United States currency.